1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

| UNITED STATES OF AMERICA, | CASE NO. CR15-0079-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RICKY MARVIN ARNTSEN, | |
| Defendant. | |

15      This matter comes before the Court on the Government's motion to dismiss the

16  indictment pursuant to Federal Rule of Criminal Procedure 48(a) (Dkt. No. 5). The motion is

17  GRANTED and the indictment in the above-entitled caption is DISMISSED without prejudice.

18      DATED this 29th day of June 2017.

19

20

21

John C. Coughenour
UNITED STATES DISTRICT JUDGE

22

23

24

25

26

ORDER
PAGE - 1